THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LEONARD M. WOLPER, Appellant.

Argued January 22, 1952; decided March 13, 1952.

*Fred Forman* for appellant.

*William H. Emerson, Corporation Counsel (James H. Boomer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.